THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Marquiz C. Wright, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI 

Appeal From Greenville County
Rodney A. Peeples, Circuit Court Judge
 John W. Kittredge, Post-Conviction Judge

Memorandum Opinion No. 2004-MO-067
Submitted November 1, 2004  Filed November 29, 2004

AFFIRMED

 
 
 
 Richard Harold Warder, of Greenville, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Elizabeth R. McMahon, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from an order denying his application for post-conviction relief (PCR) and granting him a belated review of his direct appeal issue pursuant to White v. State, 263 S.C. 110, 208 S.E.2d 35 (1974).  
Question I of the petition for a writ of certiorari is denied.  Petitioner has failed to address in his petition whether the PCR judge correctly found petitioner was entitled to a belated review of his direct appeal issue as required by Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986), and Rule 227(h), SCACR.  Therefore, the direct appeal issue is not properly before this Court.  However, because the record establishes petitioner did not knowingly and voluntarily waive his right to a direct appeal, we grant certiorari to review the direct appeal issue presented as Question II in the petition.   
We affirm petitioners conviction and sentence pursuant to Rule 220(b)(1), SCACR, and the following authority: State v. Aldret, 333 S.C. 307, 509 S.E.2d 811 (1999) (finding contemporaneous objection must be made to preserve an issue for appellate review).
AFFIRMED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.